WILLIAM T. HARVEY, *as Administrator, etc., Respondent, v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, *Appellant.*— Judgment and order affirmed. Opinion by HARDIN, J.; SMITH, J., not participating in the decision.

ALFRED F. CROSS and another, *Appellants, v.* HOLLAND B. WILLIAMS, *late Sheriff, etc., Respondent.*— Judgment affirmed. Opinion by SMITH, J.

THE PEOPLE *ex rel.* THE AUBURN WATER WORKS COMPANY *v.* EDWARD HOOPES.— Proceedings reversed with costs. Opinion by HARDIN, J.

JOHN NEHRBOSS, *Respondent, v.* SETH P. BLISS and another, *Appellants.*— Judgment reversed and new trial ordered before another referee, costs to abide event. Opinion by HARDIN, J.

THE CAMPBELL PRINTING PRESS AND MANUFACTURING COMPANY, *Appellant, v.* JOHN GEORGE WAGNER, *Impleaded, etc., Respondent.*— Judgment affirmed. Opinion by SMITH, J.

VICTOR RIDER and another, *Respondents, v.* ROBERT FOGGAN, *Appellant.*— Judgment reversed and new trial ordered before another referee, costs to abide event. Opinion by SMITH, J.

ALEXANDER McKINSTRY, *Respondent, v.* THE CITY OF SYRACUSE, *Appellant.*— Judgment affirmed. Opinion by HARDIN, J.

CHARLES W. HERSEY and others, *Appellants, v.* G. HENRY P. GOULD and others, *Respondents.*— Motion for re-argument denied, with ten dollars costs.

IN THE MATTER OF THE ASSIGNMENT OF ALLEN, STRAUSS & CO., FOR THE BENEFIT OF CREDITORS.— Motion for re-argument denied, with ten dollars costs.

GEORGE C. CARTER, *v.* EMILY P. BECKWITH, *as Administratrix, etc.*— Motion denied, with ten dollars costs.

AARON R. WHITE, *Respondent, v.* THE UTICA AND BLACK RIVER RAILROAD COMPANY, *Appellant.*— Motion for leave to appeal to the Court of Appeals denied.

JOHN D. HANDLEY and another, *Respondents, v.* PROSPER P. JUSTIN, *Appellant.*— Motion to open default granted on payment, within twenty days, of ten dollars costs of the last term and ten dollars costs of opposing this motion, and the disbursements attending the entry of judgment. Otherwise denied, with ten dollars costs.

GEO. A. SABEY, *Respondent, v.* JARED P. WHEELER, *Appellant.*— The memorandum of decision herein, of April 4, 1881, and the order entered thereon modified by adding thereto the words " and the case remitted to the County Court of Monroe to proceed therein," and the motion denied in all other respects, without costs of the motion to either party.

IN THE MATTER OF THE ACCOUNTING OF DARIUS FOSTER, *as Administrator, etc.* — Motion denied.